1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8
9 | FRANKIE ENRIQUEZ,                          1:09-cv-02005-DLB (HC)

10                      Petitioner,

                                             ORDER AUTHORIZING IN FORMA
11        v.                                 PAUPERIS STATUS

12
13 | J.D. HARTLEY, Warden,

                      Respondent.
14 _____/

15
16
17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.   Pursuant to 28 U.S.C. § 1915, petitioner is hereby

18 AUTHORIZED to proceed *in forma pauperis*.

19
20        IT IS SO ORDERED.

21     **Dated:    December 2, 2009               /s/ Dennis L. Beck**
22                                             UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

1